**Frank HALL, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

March 21, 1952.

J. D. Buckman, Jr., Atty. Gen., and John B. Browning, Asst. Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Floyd Circuit Court by Frank Hall from a judgment convicting him of assault and battery and fixing his punishment at a fine of $100 and confinement for 30 days in jail.

A consideration of the record discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.